

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jesseca Bain Carson, Appellant

No. 06-11-00112-CR          v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR 2009-067). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no reversible error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Jesseca Bain Carson, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED FEBRUARY 1, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk